Kimberley C. Weber (SBN 14434)
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV  89146
Tel:  (702) 386-5107
Fax:  (702) 386-9848
Email:  kweber@msh.law

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN PEREZ, an individual, | ) Case No.  2:26-cv-01269-CDS-DJA |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO EXTEND TIME FOR** |
| | ) **RESPONDENT TO FILE A** |
| | ) **RESPONSIVE PLEADING (First** |
| UNITED FOOD AND COMMERCIAL | ) **Request) AND PROPOSED ORDER** |
| WORKERS LOCAL UNION 711, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | / |

**Stipulation to Extend Time for Respondent to File A**
**Responsive Pleading (First Request) and Proposed Order**        Case No. 2:26-cv-01269-CDS-DJA

Plaintiff and Defendant, by and through their undersigned counsel, stipulate to extend the deadline for Respondent's responsive pleading from July 4, 2026, to July 17, 2026. The extension will permit the parties additional time to meet and confer over the complaint. This is the first stipulation for extension of time to file a responsive pleading.

Respectfully submitted,

Dated:  June 30, 2026                McCRACKEN, STEMERMAN & HOLSBERRY, LLP

By:    /s/ Kimberley C. Weber
       Kimberley C. Weber

       *Attorneys for Defendant UFCW Local 711*

Dated:  June 30, 2026                HATFIELD & ASSOCIATES, LTD.

By:    /s/ Trevor J. Hatfield
       Trevor J. Hatfield

       *Attorney for Plaintiff Ruben Perez*

**IT IS SO ORDERED.**

Dated:  7/1/2026

HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1

**Stipulation to Extend Time for Respondent to File A**
**Responsive Pleading (First Request) and Proposed Order**        Case No. 2:26-cv-01269-CDS-DJA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McCracken, Stemerman & Holsberry, LLP and that on this 30th day of June, 2026, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **STIPULATION TO EXTEND TIME FOR RESPONDENT TO FILE A RESPONSIVE PLEADING (First Request) AND PROPOSED ORDER** properly addressed to the following:

> Trevor J. Hatfield, Esq.
> HATFIELD & ASSOCIATES, LTD.
> 703 South Eighth Street
> Las Vegas, NV  89101
>
> *Attorney for Plaintiff*

Marcie Boyle, Legal Assistant
McCracken, Stemerman & Holsberry, LLP

1
PROOF OF SERVICE

Case No. 2:26-cv-01269-CDS-DJA

## Marcie Boyle

| | |
|---|---|
| **From:** | Trevor Hatfield <thatfield@hatfieldlawassociates.com> |
| **Sent:** | Tuesday, June 30, 2026 4:11 PM |
| **To:** | Kim Weber |
| **Cc:** | Marcie Boyle; Alexander Whistler; freda@hatfieldlawassociates.com |
| **Subject:** | Re: Stip to Extend Responsive Pleading - Perez v. UFCW Local 711 |

Ok to e-sign for me.

Trevor J. Hatfield, Esq.,
HATFIELD & ASSOCIATES, LTD., A Veteran-Owned Law Firm
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469



thatfield@hatfieldlawassociates.com

This e-mail communication is a confidential attorney communication intended only for the person to whom it is addressed above.  Any dissemination, distribution, or copying of this communication is strictly prohibited.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, you are hereby informed that any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Kim Weber <kweber@msh.law>
**Sent:** Tuesday, June 30, 2026 4:07 PM
**To:** Trevor Hatfield <thatfield@hatfieldlawassociates.com>
**Cc:** Marcie Boyle <mboyle@msh.law>; Alexander Whistler <awhistler@msh.law>
**Subject:** Stip to Extend Responsive Pleading - Perez v. UFCW Local 711

Hi Trevor,

Attached is a draft stipulation to extend the deadline for the responsive pleading to July 17. If you have edits, let us know. Otherwise, please let us know if you authorize us to insert your signature on the filing.

Kim

Kimberley C. Weber
**McCracken, Stemerman & Holsberry, LLP**
475 14th Street, Suite 1200 | Oakland, CA 94612
5241 Spring Mountain Road, Bldg. B | Las Vegas, NV 89146
Telephone 415.597.7200 (CA) | 702.386.5107 (NV)